UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
vs.                         )
                            )
RICHARD ANTHONY GUTIERREZ   )
                            )
        Defendant.          )

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#91) on March 31, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK ONE
Amount of Restitution: $100,729.31

Name of Payee: COMMUNITY ONE FEDERAL CREDIT UNION
Amount of Restitution: $128,019.85

**Total Amount of Restitution ordered: $228,749.16\*\***
\*\*Joint and Several with Sheron Sciara, Lori Swearingen and Rosalinda Falcone

Dated this ___14___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE